UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 16-10120-MLW |
| v. | ) ) ) | |
| NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK, and NORTHEAST CORRIDOR INFRASTRUCTURE AND OPERATIONS ADVISORY COMMISSION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE OF NICHOLAS M. KELLEY, ESQ.

Please enter the appearance of Nicholas M. Kelley as counsel for the defendant National Railroad Passenger Corp. d/b/a Amtrak in the above-captioned matter.

/s/Nicholas M. Kelley
Nicholas M. Kelley, BBO #265640
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
Tel: (617) 227-7031
Fax: (617) 367-2988
Email: nkelley@kcslegal.com

Dated: June 27, 2016