UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK, and NORTHEAST CORRIDOR INFRASTRUCTURE AND OPERATIONS ADVISORY COMMISSION,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 16-10120-MLW |

**ASSENTED-TO MOTION TO EXTEND THE TIME FOR DEFENDANT
NATIONAL RAILROAD PASSSENGER CORPORATION d/b/a AMTRAK
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendant National Railroad Passenger Corporation d/b/a Amtrak hereby moves that the time for it to answer or otherwise respond to the Complaint be extended up to and including August 23, 2016 so that all defendants' responses to the Complaint will be due on the same date.

By their attorneys,

Assented to:

/s/ Kevin P. Martin
Kevin P. Martin, BBO #655222
kmartin@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-1000

　　Attorneys for the Plaintiff

/s/ Nicholas M. Kelley
Nicholas M. Kelley, BBO #265640
nkelley@kcslegal.com
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

## **CERTIFICATE OF SERVICE**

      I, Nicholas M. Kelley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on July 8, 2016.

                                            /s/Nicholas M. Kelley
                                            Nicholas M. Kelley, Esq.