UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK, and NORTHEAST CORRIDOR INFRASTRUCTURE AND OPERATIONS ADVISORY COMMISSION,<br><br>Defendants. | CIVIL ACTION NO.: 16-10120-MLW |

## CERTIFICATION OF NEIL K. GILMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Neil K. Gilman, hereby certify as follows:

1. I am a partner with Hunton & Williams LLP, 2200 Pennsylvania Avenue, Washington, DC 20037. I submit this Certification pursuant to Rule 83.5.3(b) of the Local Rules for the United States District Court for the District of Massachusetts.

2. I have been a member in good standing of the Bar of the District of Columbia since 1996. I have been a member in good standing of the Bar of the State of New York since 1995. I am a member of the Bar in good standing in each jurisdiction in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

Signed under the penalties of perjury this 27th of June, 2016.

_____
Neil K. Gilman, (DC Bar No. 449226)
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
(202) 778-2201
Email: ngilman@hunton.com