UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
MASSACHUSETTS BAY                             )
TRANSPORTATION AUTHORITY,                     )
                                              )
        Plaintiff,                            )
                                              )
        v.                                    )   C.A. NO.: 16-10120-MLW
                                              )
NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK, )
and NORTHEAST CORRIDOR INFRASTRUCTURE AND     )
OPERATIONS ADVISORY COMMISSION,               )
                                              )
        Defendants.                           )
_____ )

## JOINT STATUS REPORT

Plaintiff Massachusetts Bay Transportation Authority ("MBTA") and Defendants National Railroad Passenger Corporation ("Amtrak") and Northeast Corridor Commission ("NECC") hereby submit this Joint Status Report to update the Court regarding the Parties' discussions to settle MBTA's claims against Amtrak and NECC, and to request a further stay of this action until March 1, 2017, to allow the Parties to execute a final agreement to settle MBTA's claims.

On December 14, 2016, the Parties filed a Joint Status Report informing the Court that Amtrak and MBTA were negotiating a term sheet and had agreed to use their best efforts to execute a final agreement by February 1, 2017, before the existing Attleboro Line Agreement between MBTA and Amtrak expires. The Parties also informed the Court that they expected to reach a final resolution, well before February 1, 2017, of Amtrak's counterclaim relating to allegedly unpaid invoices, and that Amtrak would dismiss its counterclaim once a resolution was reached. The Parties asked the Court to extend its stay of this litigation until February 1, 2017.

1

Since the December 14, 2016 Joint Status Report, the Parties have reached a resolution of Amtrak's counterclaim, and on January 18, 2017, Amtrak filed a stipulation to dismiss that claim with prejudice. MBTA and Amtrak have agreed to a term sheet that contains the basis for the business terms of a new Attleboro Line Agreement (the "2017 Attleboro Line Agreement"). MBTA and Amtrak are in the process of finalizing the 2017 Attleboro Line Agreement and have agreed on terms governing the continued provision of access and services to each other while the 2017 Attleboro Line Agreement is being finalized. The Parties have also signed an agreement indicating that upon the signing of the 2017 Attleboro Agreement by MBTA and Amtrak, MBTA will dismiss its claims against Amtrak and the NECC without prejudice, and not refile during the life of the 2017 Attleboro Line Agreement.

MBTA and Amtrak expect to sign the 2017 Attleboro Agreement by March 1, 2017. The Parties therefore request that the Court extend the stay until that date. If it becomes apparent before March 1 that this litigation will not be settled, the Parties will immediately notify the Court and request that the stay be lifted.

February 1, 2017                                          Respectfully Submitted,

                                                          _____/s/ Ryan P. Phair_____

                                                          Ryan P. Phair
                                                          Neil K. Gilman
                                                          HUNTON & WILLIAMS LLP
                                                          2200 Pennsylvania Avenue, N.W.
                                                          Washington, DC 20037
                                                          rphair@hunton.com
                                                          ngilman@hunton.com
                                                          (202) 955-1500

Nicholas M. Kelley, BBO #265640
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
nkelley@kcslegal.com
(617) 227-7031

*Counsel for National Railroad Passenger Corporation (Amtrak)*

William M. Jay (*pro hac vice*)
Brian T. Burgess (*pro hac vice*)
Jaime A. Santos (BBO #689946)*
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, D.C. 20001
Phone:  (202) 346-4000
Fax:  (202) 346-4444
wjay@goodwinlaw.com
bburgess@goodwinlaw.com
jsantos@goodwinlaw.com

*Admitted to practice only in Massachusetts and California; practice supervised by William M. Jay

*/s/ Kevin P. Martin*
Kevin P. Martin (BBO #655222)
E. Abim Thomas (BBO #657342)
Eileen L. Morrison (BBO #694208)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
kmartin@goodwinlaw.com
athomas@goodwinlaw.com
emorrison@goodwinlaw.com

John C. Englander (BBO#542532)
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
10 Park Plaza
Boston, MA 02116
(857) 368-8600
john.englander@state.ma.us

*Counsel for Massachusetts Bay Transportation Authority*


CHAD A. READLER
Acting Assistant Attorney General

WILLIAM D. WEINREB
Acting United States Attorney

JENNIFER D. RICKETTS
Director Federal Programs Branch

3

/s/ *Justin Sandberg*
JUSTIN M. SANDBERG, Ill Bar No. 6278377
JEAN LIN
STEVEN A. MYERS
MATTHEW J. BERNS
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Phone: (202) 514-5838
Fax: (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Northeast Corridor Commission*

## CERTIFICATION OF SERVICE

      I, Kevin P. Martin, hereby certify that on February 1, 2017, I caused this document to be filed through the ECF system, and notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kevin P. Martin*
Kevin P. Martin
